FILED
CLERK, U.S. ... COURT
OCT 26 2020

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 20 MJ 5155 |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| ) | [Fed. R. Crim. P. 32.1(a)(6); |
| Sheila Ann Larvingo, ) | 18 U.S.C. § 3143(a)] |
| Defendant. ) | |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern Dist/California for alleged violation(s) of the terms and conditions of his/(her) [probation] (supervised release); and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A. (✓)  The defendant has not met his/(her) burden of establishing by clear and convincing evidence that he/(she) is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on no known bail resources, unverified background,

1 | apparent absconder status, ~~premature~~, possible ongoing
2 | substance abuse
3 |
4 | and/or
5 | B. (✓) The defendant has not met his/(her) burden of establishing by
6 | clear and convincing evidence that he/(she) is not likely to pose
7 | a danger to the safety of any other person or the community if
8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 | on: possible ongoing substance abuse, lengthy criminal
10 | history,
11 |
12 |
13 |
14 | IT THEREFORE IS ORDERED that the defendant be detained pending
15 | the further revocation proceedings.
16 |
17 | Dated: Oct. 26, 2020                   /s/ Jean Rosenbluth
18 |                                        JEAN ROSENBLUTH
                                           U.S. MAGISTRATE JUDGE